# Court of Appeals
# of the State of Georgia

ATLANTA,  July 07, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1736. RANDY EDWARDS v. JOHN E. "JACK" NIEDRACH.**

Prisoner Randy Edwards filed a pro se action against a superior court judge seeking the judge's impeachment. Another judge denied the pro se filing, and Edwards filed both a discretionary application and a direct appeal.[1] We denied the discretionary application on the merits. See Case No. A21D0272, denied April 16, 2021. This is the direct appeal. We lack jurisdiction for two reasons.

First, our denial of Edwards's discretionary application was a decision on the merits, and thus the doctrine of res judicata bars any subsequent appeal from the same order. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Second, under the Prison Litigation Reform Act, any appeal in a civil case initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Edwards is incarcerated, he is not entitled to file a direct appeal in a civil matter.

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.

---

[1] Edwards directed his filings to the Supreme Court, which transferred the matters to this Court. See S21D0765, transferred March 11, 2021 and S21A1033, transferred June 1, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/07/2021__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*